IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00154-CV

 

Peach Creek Partners, LTD.,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court at Law No.
1

Brazos County, Texas

Trial Court No. 473-CC

 



MEMORANDUM  Opinion



 

Appellant has filed a motion to dismiss its
appeal.  See Tex. R. App. P. 42.1(a)(1). 
Dismissal of this appeal would not prevent a party from seeking relief to which
it would otherwise be entitled.  Appellant’s motion to dismiss is granted.  The
appeal is dismissed.

PER CURIAM

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed

Opinion delivered and
filed October 10, 2007

[CV06]